**Order filed, April 17, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00167-CV
_____

**VONDA BARNHART, Appellant**

**V.**

**SYLVIA MORALES AND LUIS PEREZ, Appellee**

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2010-17655**

## ORDER

The reporter's record in this case was due **March 9, 2012**, 2012. *See* Tex. R. App. P. 35.1. On March 20, 2012, this court granted the court reporters request for extension of time to file the record until April 23, 2012. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court **GRANTS** your second request and issues the following order.

We order **Sheri Ullrich**, the official court reporter, to file the record in this appeal **on or before May 21, 2012. No further extension will be entertained absent**

**exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Sheri Ullrich** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM